UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC WENDELL HOLLOMAN,

    Plaintiff,

v.                                            Case No. 3:04-cv-571-J-99MMH

JACKSONVILLE HOUSING AUTHORITY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Let Tape Recording of Pro Se (Doc. No. 82, filed on April 20, 2005), which is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Eric Wendell Holloman, *pro se*
Virginia Baker Norton, Esq.